DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Max O. Cogburn, Jr., United States District Judge for the Western District of North Carolina, to hold a district court in the Middle District of North Carolina in the cases of:

1. *Meyers v. The Chief Judge of the United States District Court, et al.*, No. 22-cv-104;
2. *Meyers v. The Chief U.S. District Judge, et al.*, No. 22-cv-120;
3. *Meyers v. Chief U.S. District Judge, et al.*, No. 22-cv-132;
4. *Meyers v. United States of America, et al.*, No. 22-cv-207; and
5. *Meyers v. U.S. District Court of the Middle District of North Carolina, et al.*, No. 22-cv-266,

for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Chief Judge
Fourth Circuit

Dated: April 12, 2022