UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Lewis F. Powell, Jr. United States Courthouse
1000 East Main Street
Suite 212
Richmond, Virginia 23219-3517

Chambers of
ROGER L. GREGORY
Chief Judge

Telephone (804) 916-2607
Fax (804) 916-3055

April 27, 2022

Honorable Kenneth D. Bell
U.S. District Judge--WDNC
401 West Trade Street, Suite 7200
Charlotte, NC 28202

    Re:    Designation to the United States District Court for the District of South Carolina
            *No. 3:22-cr-00320, United States v. Eric Anthony Rome*

Dear Judge Bell:

Enclosed is a Designation for you to sit with the United States District Court for the District of South Carolina. The Designation is made pursuant to 28 U.S.C. § 292(b) in connection with the above-referenced case.

I very much appreciate your willingness to assist the district court in this manner.

Sincerely,

*/s/ Roger L. Gregory*

Roger L. Gregory

cc:    Honorable Martin K. Reidinger, Chief District Judge-WDNC
       Honorable R. Bryan Harwell, Chief District Judge-DSC
       James Ishida, Circuit Executive
       Pat Connor, Clerk-4th Circuit
       Frank G. Johns, Clerk, WDNC
       Robin Blume, Clerk, DSC

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Kenneth D. Bell, United States District Judge for the Western District of North Carolina, to hold a district court in the District of South Carolina in the case of *United States v. Eric Anthony Rome*, No. 3-22-cr-00320, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Chief Judge
Fourth Circuit

Dated: April 27, 2022