FILED
in the Middle District of
North Carolina
Jun 14, 2022
2:32 pm
Clerk, US District Court
By: KM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Meyers v. United States of America; No. 1:22cv382

In the Matter of the Designation of a Magistrate Judge for
Service in Another District

Pursuant to 28 U.S.C. 636(f), in an emergency and in concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies, the Fourth Circuit Court of Appeals has assigned the above captioned civil case in the Middle District of North to the Honorable Max O. Cogburn, Jr., United State District Judge for the Western District of North Carolina. This assignment has created an emergency situation in the Western District of North Carolina due to the unavailability of a Middle District of North Carolina magistrate judge to assist Judge Cogburn with his work on this case. For this reason, the court certifies the need for assistance from a visiting United States magistrate judge from the

Western District of North Carolina, the Honorable David C. Keesler, during the pendency of this case in the court.

THEREFORE, IT IS ORDERED, with concurrence of the Honorable Martin Reidinger, Chief Judge of the Western District of North Carolina, that United States Magistrate Judge David C. Keesler, is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. 636(f), subsections (a), (b), or (c) in the Middle District of North Carolina on an as needed basis during the pendency of the above captioned case.

_____
Chief, United States District Judge
Middle District of North Carolina

June 14, 2022