DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Donald C. Coggins, Jr., United States District Judge for the District of South Carolina, to hold a district court in the Western District of North Carolina in the case of *Brandace Jarreau Rosevelt Hopper v. State of North Carolina, et al,* No. 3:22-cv-00259 for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Chief Judge
Fourth Circuit

Dated: June 29, 2022