DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Martin K. Reidinger, Chief United States District Judge for the Western District of North Carolina, to hold a district court in the District of South Carolina in the case of *Lawrence Ashford v. Paragon Systems, Inc.,* No. 3:22-cv-3258, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Chief Judge
Fourth Circuit

Dated: October 6, 2022